CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Body, Art & Soul Tattoos Los Angeles, LLC,** a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | **Case No**. 2:19-cv-08781-AB-E<br><br>**Notice of Intent to Stand on the Pleadings and to not Amend the Complaint.** |

On January 28, 2020, this court granted the defense motion to dismiss, with leave to appeal. Because the plaintiff believes that his pleading approach is appropriate—even sanctioned by binding Ninth Circuit precedent—and because this court stated that it intends to sanction plaintiff's counsel in the future for using the same pleading approach, the plaintiff is not willing to just amend to add more detail but wishes to seek appellate review. Thus, plaintiff filed a notice of appeal. However, that notice of appeal was premature. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) ("a plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint" and an actual order of dismissal is required from the district court.)

The plaintiff therefore states his intention to stand on his pleadings and chooses not to amend and respectfully requests this court enter the final dismissal.

Dated: February 4, 2020           CENTER FOR DISABILITY ACCESS

                                  By:    /s/ Russell Handy
                                  Russell Handy
                                  Attorney for Plaintiff